1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ROSA GONZALES, | ) Case No. CV 13-8564-DMG (JPR) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file, as well as the Report and Recommendation of U.S. Magistrate Judge.  No objections to the Report and Recommendation have been filed.

Having reviewed the record, the Court concurs with and accepts the Magistrate Judge's recommendations.   IT THEREFORE IS

1  ORDERED that Judgment be entered reversing the decision of the
2  Commissioner and remanding this action for further proceedings.
3
4  DATED: June 8, 2015         _____
                                DOLLY M. GEE
5                               UNITED STATES DISTRICT JUDGE