1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA GONZALES,                        ) | Case No. CV 13-8564-DMG (JPR) |
|                                       ) | |
|              Plaintiff,               ) | |
|                                       ) | **JUDGMENT** |
|         vs.                           ) | |
|                                       ) | |
| CAROLYN W. COLVIN, Acting             ) | |
| Commissioner of the Social            ) | |
| Security Administration,              ) | |
|                                       ) | |
|              Defendant.               ) | |

     Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge, it is hereby ADJUDGED AND DECREED THAT
(1) Plaintiff's request for an order remanding the case for further
proceedings is GRANTED; (2) the Commissioner's request for an order
affirming the Commissioner's final decision and dismissing the
action is DENIED; and (3) judgment be entered in Plaintiff's favor.

DATED: June 8, 2015            _____
                              DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE